# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

GARY WILLIAMS

**WARRANT FOR ARREST**

CASE NUMBER: **00-6293**

CR-FERGUSON

MAGISTRATE JUDGE SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ GARY WILLIAMS _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to distribute in excess of 5 grams of cocaine base,

in violation of Title __21__ United States Code, Section(s) 841(a)(1) and 846

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

October 5, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ __Pre-Trial Detention__

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |||
| DATE RECEIVED<br>10/5/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>10/12/00 | | Edward Purchase, SDUSM |