## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | |
|---|---|---|
| DEFT: | GARY WILLIAMS (J) | CASE NO: 00-6293-CR-FERGUSON |
| AUSA: | BRUCE BROWN | ATTY: |
| AGENT: | DEA | VIOL: 21:841(a)(1) |
| PROCEEDING: | I/A ON SEALED INDICTMENT | RECOMMENDED BOND: PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: Richard Delafero |
| BOND SET @: | | To be cosigned by: |

FILED by _____ D.C.
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Ore Tenus motion to
Unseal granted
Order signed

Advised of Charges
sworn for Counsel

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 10-19 | 10 | SNOW | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-19 | 10 | SNOW | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 10-13-00   TIME: 11:00   FTL/LSS TAPE # 00 - 052   Begin: 145   End: 513

16
11