# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

DAMON WALTERS

## WARRANT FOR ARREST

CASE NUMBER: 00-6293-CR-FERGUSON
MAGISTRATE JUDGE SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ DAMON WALTERS _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to distribute in excess of 5 grams of cocaine base,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-Trial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

October 5, 2000, Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |||
| DATE RECEIVED<br>10/5/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br><br>Edward Purchase, SDUSM |
| DATE OF ARREST<br>10/12/00 | | |