## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: GARY WILLIAMS (J)              CASE NO: 00-6293-CR-FERGUSON

AUSA: BRUCE BROWN /s/               ATTY: RICHARD DELLA FERA, ESQ. /s/

AGENT:                               VIOL:

PROCEEDING: PTD/ARRAIGNMENT          RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no         COUNSEL APPOINTED:

BOND SET @:                          To be cosigned by:

FILED by ___ D.C.
OCT 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Govt proceeded by proffer
Det Jeffrey Hendricks
FTL/PD sworn for cross

PTD Ordered
Danger to comm

**Reading of Indictment Waived**
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

---

NEXT COURT APPEARANCE:     DATE:         TIME:        JUDGE:       PLACE:

INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:   11-9      11       LSS

DATE: 10/19/00   TIME: 10:00 AM.   FTL/LSS TAPE # 00 - 053   Begin: 128   End: 1236
& 054