```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    CASE NO. 00-6293-CR-FERGUSON
     UNITED STATES OF AMERICA

              vs

                                    ARRAIGNMENT INFORMATION SHEET
     GARY WILLIAMS
```



The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 19, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

| | | |
|---|---|---|
| DEFENDANT: | Address: | __CUSTODY_____ |
| | | _____ |
| | Telephone: | _____ |
| DEFENSE COUNSEL: | Name: | __RICHARD DELLA FERA, ESQ.__ |
| | Address: | _____ |
| | | _____ |
| | Telephone: | _____ |
| BOND SET/CONTINUED: | $ | _____ |

Bond hearing held:  yes_____  no____  Bond hearing set for_____

Dated this __19TH__ day of __OCTOBER_____,2000.

```
                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By: _____
                                  Deputy Clerk

                              Tape No. __00-054____
```

cc: Copy for Judge
    U. S. Attorney

