UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

       Plaintiff,

CASE NO.: 00-6293-CR-FERGUSON
Magistrate Lurana Snow

vs.

GARY WILLIAMS, et al.,

       Defendants.

_____/

## MOTION TO ADOPT CO-DEFENDANT
## CLEMENTE ALEXIS' MOTION FOR BILL OF PARTICULARS

COMES NOW the Defendant, Gary Williams, by and through his undersigned

counsel and requests this Honorable Court to allow him to adopt co-defendant Clemente

Alexis' Motion for Bill of Particulars and states unto the Court as follows:

The Defendant states that the circumstances set forth in defendant Alexis' motion

apply equally to this Defendant.

WHEREFORE the Defendant prays that this Honorable Court grant the relief

requested herein and grant any other relief that this Court deems just and proper.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent this

27th day of November, 2000 to Bruce O. Brown, Esquire, United States Attorney, 500 East

Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301; Timothy Day, Esquire,

Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida

33301; David J. Joffe, Esquire, 2900 Bridgeport Avenue, Suite 401, Coconut Grove, Florida

33133; David Paul Hodge, Esquire, 727 N.E. 3rd Avenue, Suite 100, Fort Lauderdale,





Florida 33304; and Howard Greitzer, Esquire, 600 N.E. Third Avenue, Fort Lauderdale,

Florida 33304.

ENTIN, MARGULES & DELLA FERA, P.A.
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, Florida 33301
Telephone:    (954) 761-7201
Facsimile:    (954) 767-8343

By: _____
RICHARD DELLA FERA
Fla. Bar No. 066710