UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

CASE NO.: 00-6293-CR-FERGUSON
Magistrate Lurana Snow

vs.

GARY WILLIAMS, et al.,

        Defendants.

_____/

## MOTION TO ADOPT CO-DEFENDANT ALEXIS' MOTION FOR PRETRIAL JAMES HEARING

COMES NOW the Defendant, Gary Williams, by and through his undersigned counsel and requests this Honorable Court to allow him to adopt co-defendant Clemente Alexis' Motion for Pretrial James Hearing and Motion for Pretrial Hearing to Determine Admissibility of Co-Defendants' Out-Of-Court Statements and states unto the Court as follows:

The Defendant states that the circumstances set forth in defendant Alexis' motion apply equally to this Defendant.

WHEREFORE the Defendant prays that this Honorable Court grant the relief requested herein and grant any other relief that this Court deems just and proper.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 27th day of November, 2000 to Bruce O. Brown, Esquire, United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301; Timothy Day, Esquire, Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida



33301; David J. Joffe, Esquire, 2900 Bridgeport Avenue, Suite 401, Coconut Grove, Florida 33133; David Paul Hodge, Esquire, 727 N.E. 3rd Avenue, Suite 100, Fort Lauderdale, Florida 33304; and Howard Greitzer, Esquire, 600 N.E. Third Avenue, Fort Lauderdale, Florida 33304.

ENTIN, MARGULES & DELLA FERA, P.A.<br>
200 East Broward Boulevard<br>
Suite 1210<br>
Fort Lauderdale, Florida 33301<br>
Telephone:  (954) 761-7201<br>
Facsimile:   (954) 767-8343<br>
<br>
By: _____<br>
RICHARD DELLA FERA<br>
Fla. Bar No. 066710