UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO.: 00-6293-CR-FERGUSON
Magistrate Lurana Snow

vs.

GARY WILLIAMS, et al.,

    Defendants.

_____/

## MOTION TO CONTINUE

Defendant, Gary Williams, through counsel, files this Motion to Continue the Trial in the cause and states unto the Court as follows:

1. Trial is set in this matter for December 18, 2000 with a calendar call set for December 11, 2000.

2. Defendant Williams has filed motions to adopt co-defendant Alexis' motions for pretrial <u>James</u> hearing and for a bill of particulars. These motions are currently pending.

3. Additionally, counsel for Defendant is working with counsel for the other defendants in anticipation of filing other pretrial motions.

4. These anticipated motions require additional investigation which is ongoing at this time.

5. As a result, a continuance is needed in order to allow Defendant to adequately prepare for trial in this cause.

6. Counsel for Defendant has contacted AUSA Bruce Brown with regard to his position on this motion who states he has no objection to a continuance of the trial in this matter.

7. This motion is put forth in good faith and not for the purpose of delay.

WHEREFORE the Defendant prays that this Honorable Court grant the relief requested herein and grant any other relief that this Court deems just and proper.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 27th day of November, 2000 to Bruce O. Brown, Esquire, United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301; Timothy Day, Esquire, Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301; David J. Joffe, Esquire, 2900 Bridgeport Avenue, Suite 401, Coconut Grove, Florida 33133; David Paul Hodge, Esquire, 727 N.E. 3rd Avenue, Suite 100, Fort Lauderdale, Florida 33304; and Howard Greitzer, Esquire, 600 N.E. Third Avenue, Fort Lauderdale, Florida 33304.

ENTIN, MARGULES & DELLA FERA, P.A.
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, Florida 33301
Telephone: (954) 761-7201
Facsimile: (954) 767-8343

By: _____
RICHARD DELLA FERA
Fla. Bar No. 066710