UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GARY WILLIAMS, et al.,

Defendants.

_____/

CASE NO.: 00-6293-CR-FERGUSON
Magistrate Lurana Snow

FILED by _____ D.C.

DEC 14 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON DEFENDANT WILLIAMS' MOTION TO ADOPT
### CO-DEFENDANT ALEXIS' MOTION FOR PRETRIAL JAMES HEARING

THIS CAUSE came to be considered pursuant to Defendant, Gary Williams' Motion to Adopt Co-Defendant Alexis' Motion for Pretrial James Hearing, after reviewing the pleadings and the Court being otherwise duly advised in the premises, it is hereby;

ORDERED AND ADJUDGED that the Defendant, Gary Williams' Motion to Adopt Co-Defendant Alexis' Motion for Pretrial James Hearing is hereby _GRANTED_.

DONE AND ORDERED in Chambers, in Fort Lauderdale, Broward County, Florida, this 14th day of December, 2000.

_____
U.S. DISTRICT COURT JUDGE

cc: Richard Della Fera, Esquire
Bruce Brown, Esquire