UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO.: 00-6293-CR-FERGUSON
Magistrate Lurana Snow

vs.

GARY WILLIAMS, et al.,

    Defendants.

_____/

FILED by _____ D.C.
DEC 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON MOTION TO CONTINUE

THIS CAUSE came to be considered pursuant to Defendant, Gary Williams' Motion to Continue, after reviewing the pleadings and the Court being otherwise duly advised in the premises, it is hereby;

ORDERED AND ADJUDGED that the Defendant, Gary Williams' Motion to Continue the trial scheduled for December 18, 2000 is hereby  GRANTED  .

This matter is re-set for the two-week period commencing January 29, 2001 and the calendar call is set for Monday, January 22, 2001 at 3:15 p.m.

DONE AND ORDERED in Chambers, in Fort Lauderdale, Broward County, Florida, this 14th day of Dec., 2000.

U.S. DISTRICT COURT JUDGE

cc:    Counsel of Record