UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE No. 00-6293-CR-FERGUSON
                             MAGISTRATE JUDGE SNOW
    Plaintiff,

vs.

GARY WILLIAMS,

    Defendant.
_____/

## MOTION FOR ORDER APPROVING CJA-21

COMES NOW the Defendant, GARY WILLIAMS, by and through his undersigned counsel and files this his Motion requesting the entry of the Court Order (Line 15 of said CJA-21) approving the CJA-21 request (Authorization And Voucher For Expert And Other Services; Voucher Number FLS001405) for the expenditure of up to ONE THOUSAND DOLLARS ($1,000.00) of investigative funds at a rate of $50.00 per hour for the services of a private investigator to assist counsel and states as follows:

1. That the requisite CJA-21 was hand delivered to the Court's chambers approximately two (2) weeks ago and has yet to be acted upon. A photocopy of said form is attached hereto.

2. Counsel for the Defendant needs the services of an investigator to follow-up on the documentation to perfect a discrimination claim being prepared with the assistance of the Federal Public Defender's Officer in this multi-Defendant case.

3. That many of the documents sought to be reviewed have to be hand



checked and the services of the investigators of the Federal Public Defender's Office have been overwhelmed due to the extent of the task before them.

4. The investigator in this cause would be utilized to obtain and review records from the various Clerk's Offices in the state system throughout the Southern District Of Florida and provide a compilation of information to support the Defendant's theory and motion.

5. At the Calendar Call, the Court granted the defense a last continuance so that a further review and analysis could be provided to support the legal issues being presented.

6. The continuance will be meaningless unless the investigative support is authorized and provided.

WHEREFORE, the Defendant respectfully requests this Honorable Court enter the Court Order (Line 15 of the CJA-21 form) approving the CJA request for investigative funds up to $1,000.00 at the rate of $50.00 per hour upon the grounds set forth herein.

Respectfully submitted,

ENTIN, MARGULES & DELLA FERA, P.A.
Attorney for Defendant Gary Williams
200 East Broward Blvd., Suite 1210
Fort Lauderdale, Florida 33301
Telephone (954) 761-7201

By: _____

Richard F. Della Fera, Esq.
Florida Bar No. 066710

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished, by mail, this 13th day of February, 2001 to: Bruce 0. Brown, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394; Timothy Day, Federal Public Defender's Office, Attorneys for Marion McLeod, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301-1145; David J. Joffe, Attorney for James Alce, 2900 Bridgeport Avenue, Suite 401, Coconut Grove, FL 33133; Howard Greitzer, Attorney for Clemente Alexis, 600 NE Third Avenue Fort Lauderdale, FL 33304.

# CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| FLS | Williams, Gary | | FLS 001407 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 0 00-006293.006 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| United States v. Brown, etal (WDF) | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section). If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=CD F – CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

**12. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☒ Authorization to obtain the service. Estimated Compensation $ 1,600.⁰⁰ OR
☐ Approval of services already obtained to be paid for by the United States from the Defender Services Appropriation. (Note: Prior authorization should be obtained for services in excess of $300)

Signature of Attorney: Richard F. Della Fera
Date: 1/30/01

☒ Panel Attorney ☐ Retained Atty ☐ Pro-Se ☐ Legal Organization

Attorney's name (First name, Middle initial, Last name, including suffix) and mailing address:
RICHARD F. DELLA FERA
220 E. BROWARD BLVD. SUITE 1210
FORT LAUDERDALE, FL 33301
Telephone Number: 954-761-7201

**13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See instructions)
Collection of Statistical Data from State Court Clerks office

**14. TYPE OF SERVICE PROVIDER**
01 ☒ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph Examiner
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis,etc)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics Expert
12 ☐ Weapons/Firearms/Explosive Expert
13 ☐ Pathologist/Medical Examiner
14 ☐ Other Medical Expert
15 ☐ Voice/Audio Analyst
16 ☐ Hair/Fiber Expert
17 ☐ Computer (Hardware/Software/Systems)
18 ☐ Paralegal Services
19 ☐
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☐ Mitigation Specialist
23 ☐ Duplication Services (See Instructions)
24 ☐ Other (specify)

**15. Court Order**
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____ Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES ☐ NO

| 16. SERVICES AND EXPENSES (Attach itemization of services and expenses with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix) and MAILING ADDRESS
Paul Smerechniak
2701 N. Ocean Blvd. Suite 160
Ft. Lauderdale, FL 33308
TIN: _____
Telephone Number: 954-741-6854

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____
CLAIM STATUS ☐ Final ☐ Interim Payment Number _____ ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____ Date _____

**18. CERTIFICATION OF ATTORNEY:** I hereby certify that the services were rendered for this case.

Signature of Attorney _____ Date _____

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOT. AMT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained
☐ Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300

Signature of Presiding Judicial Officer _____ Date _____ Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

**28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. 3006A(e)(3)**

Signature of Chief Judge, Court of Appeals (or Delegate) _____ Date _____ Judge Code