FILED by ✓M D.C.

AUG 10 2001

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6293-CR-FERGUSON__

DEFENDANT __GARY WILLIAMS (B)__   JUDGE __WILKIE D. FERGUSON__

Deputy Clerk __Deloris McIntosh__   DATE __8/10/01__

Court Reporter __Steven Franklin__   USPO __Carolyn Doruille / Donald Jefferson__

AUSA __Bruce Brown__   Deft's Counsel __Richard Della Fera, Esq.,__

COUNTS DISMISSED __All Others__

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited. — Defendant continued on Bond

✓ Sentencing cont'd until __10/26/01__ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Comments _____

Assessment $ _____   Fine $ _____

Restitution /Other _____

____ Remanded to the Custody of the U. S. Marshal Service  ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

165