SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

OCT 2 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE #_____ 00-6293-CR-WDF _____

DEFENDANT _ GARY WILLIAMS  (B) _____      JUDGE_____ Wilkie D. Ferguson, Jr., _____

Deputy Clerk_____ Deloris McIntosh _____      DATE_____ October 26, 2001 _____

Court Reporter Denise Tucker      USPO Tracy Webb

AUSA____ Bruce Brown _____      Deft's Counsel _ Richard De la Fera, Esq., _____

COUNTS DISMISSED____ All Others _____

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited. _10 Days To Appeal_

_____ Sentencing cont'd until___/  /  at_____**AM** / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 2 | 1  credit for Time Served |
| | | | |
| | | | |

(Supervised Release)

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | | 1 |

Comments Participate in Home Confinement Program for
4 months; Maintain Employment; Contribute to Support
of Minor Child; Complete requirements for High School
diploma; Continue to be evaluated for drug problem;
Submit to search of person

Assessment $_____ 100 _____      Fine $_____ N/A _____

Restitution /Other _____

_____Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/  /  ____

Commitment Recommendation: _____

_____

193