# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

**FILED by __ D.C.**
**OCT 30 2001**
**CLARENCE MADDOX**
**CLERK U.S. DIST. CT.**
**S.D. OF FLA. FT. LAUD.**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: 00-6293-CR-FERGUSON |
| GARY WILLIAMS | |
| | Counsel For Defendant: Richard F. Della Fera |
| | Counsel For The United States: Bruce O. Brown |
| | Court Reporter: Denise Tucker |

The defendant pleaded guilty to **Count ONE (1) of the Indictment**. ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 USC § 846 | POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE | 7/1/2000 | ONE (1) |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

All other Count(s) are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 1/26/1981
Deft's U.S. Marshal No.: 55496-004

Date of Imposition of Sentence:
October 26, 2001

Defendant's Mailing Address:
1445 N.W. 4TH Avenue
Ft. Lauderdale, FL 33311

Defendant's Residence Address:
1445 N.W. 4TH Avenue
Ft. Lauderdale, FL 33311

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
Deputy Clerk
Date 10/30/01

WILKIE D. FERGUSON, JR.
United States District Judge

October 30, 2001

FILED BY _VK_

'01 OCT 31 PM 4:18

No further action required by
the U.S. Marshals Service.

*Edward Stubbs, acting*

UNITED STATES MARSHAL

Robert Broaddus, SDUSM
John Walker, ASOUSM