PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65785



## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6293-CR-FERGUSON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Gary Williams

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S. District Court, Ft. Lauderdale, Florida.

Date of Original Sentence: October 26, 1991

Original Offense:  Count 1: Possession with Intent to Distribute Cocaine Base, Title 21 U.S.C. § 846, a class C felony.

Original Sentence:  Two (2) months custody of the Bureau of Prisons followed by three (3) years supervised release. Special conditions: participate in the Home Detention Electronic Monitoring program for 4 months, participate in a drug treatment program, cannot be unemployed for more than 30 days, and submit to search of person or property.

Type of Supervision: Supervised Release          Date Supervision Commenced: October 26, 2001

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.
[X]  To modify the conditions of supervision as follows:

The defendant shall perform 50 hours of community service at the direction of the U.S. Probation Office.

## CAUSE

**Violation of Special Condition,** by failing to maintain legitimate employment, and by being unemployed for more than 30 days. On or about April 26, 2002, the supervised releasee was terminated from his employment at Walmart, and he remained unemployed until on or about August 1, 2002.

PROB 12B                                                           SD/FL PACTS No. 65785
(SD/FL 9/96)

**<u>Violation of Standard Condition</u>**, by failing to follow the instructions of the probation officer. On May 13th, July 22nd, and July 31st of 2002, the supervised release failed to report to the U.S. Probation Office, as directed.

**<u>Violation of Standard Condition</u>**, by failing to submit a truthful and complete written monthly report within the first five days of each month. The supervised release failed to submit a written monthly report for the months of June 2002 and July 2002 until on or about August 22, 2002.

Respectfully submitted,

by       *[signature]*

Diane Acquaviva
U.S. Probation Officer
Phone: (954) 769-5573
Date: August 22, 2002

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons

*[signature]*
Signature of Judicial Officer

Sept. 4, 2002
Date

PROB 49  
(3/89)

SD/FL PACTS #65785

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify
### Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall perform 50 hours of community service at the direction of the U.S. Probation Office.**

Witness: _____  
U.S. Probation Officer  
Diane Acquaviva

Signed: _____  
Supervised Releasee  
Gary Williams

August 22, 2002  
Date