PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65785

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6293-CR-FERGUSON

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

FILED by _____ D.C.
MAY 12 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Name of Offender: Gary Williams

Name of Sentencing Judicial Officer:  The Honorable Wilkie D. Ferguson, Jr., Judge
                                      U.S. District Court, Ft. Lauderdale, Florida

Date of Original Sentence: October 26, 1991

Original Offense:   Possession with Intent to Distribute Cocaine Base, Title 21 U.S.C. § 846, a Class "C" felony

Original Sentence:  Two months incarceration followed by three years supervised release. Special conditions include participation in the Home Detention Program for four months, participate in drug treatment, maintain full-time employment and submit to a search of person and property.
On September 4, 2002, additional special condition of 50 hours Community Service was imposed.

Type of Supervision: Supervised Release          Date Supervision Commenced: October 26, 2001

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _ years, for a total term of _ years.
[X]  To modify the conditions of supervision as follows:

> The defendant shall reside at and participate in a Community Correctional Center program for a period not to exceed 120 days or until released at the direction of the U.S. Probation Officer.

## CAUSE

1. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about April 8, 2003, in Broward County, Florida, the defendant was arrested by the Fort Lauderdale Police Department and charged with Driving without a Valid Driver's License, contrary to 322.03(1C).

2. **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On December 11, 2002, the defendant failed to report to the Department of Motor Vehicles to address his suspended license, as directed.

PROB 12B                                                              SD/FL PACTS No. 65785
(SD/FL 9/96)

3. **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On December 11, 2002, the defendant failed to report to his assigned community service agency, as directed.

4. **Violation of Standard Condition**, by failing to notify the probation office of a change in employment. On or about April 23, 2003, the defendant left employment with Williams Lawn Service, 1445 Northwest 4th Avenue, Ft. Lauderdale, Florida 33311, and he failed to notify the probation officer.

5. **Violation of Standard Condition,** by failing to notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer. On or about April 8, 2003, the defendant was arrested by the Fort Lauderdale Police Department, and he failed to advise the U.S. Probation Officer.

6. **Violation of Special Condition,** by failing to maintain full-time, legitimate employment or being unemployed for a term of more than thirty (30) days. On or about April 28, 2003, the defendant failed to maintain full- time employment and has remained under-employed for a term of more than thirty (30) days.

7. **Violation of Special Condition**, by failing to perform community service hours as directed. On or about October 23, 2002, the defendant executed a community service agreement to begin performing eight (8) hours of community service work per month at The Habitat Store, 513 Broward Boulevard, Fort Lauderdale, Florida and to date he has failed to comply with this agreement and has failed to perform any community service hours.

Respectfully submitted,

by Albert Torres
U.S. Probation Officer
Phone: (954) 769-5514
Date: April 28, 2003

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

05/11/03
Date

PROB 49  
(3/89)

SD/FL PACTS #65785

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside at and participate in a Community Correctional Center program for a period not to exceed 120 days or until released at the direction of the U.S. Probation Officer.**

Witness: _____  
U.S. Probation Officer  
Albert Torres

Signed: _____  
Supervised Releasee  
Gary Williams

4/28/03  
Date