PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65785

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK


FILED by _____ D.C.
AUG 2 5 2003

PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Gary Williams

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge
U.S. District Court, Ft. Lauderdale, Florida

Date of Original Sentence: October 26, 1991

Original Offense: Possession with Intent to Distribute Cocaine Base, Title 21 U.S.C. § 846, a Class "C" felony

Original Sentence: Two (2) months incarceration followed by three (3) years supervised release. Special conditions include participation in the Home Detention Program for four (4) months, participate in drug treatment, maintain full-time employment and submit to a search of person and property.

On September 4, 2002, an additional special condition of 50 hours Community Service was imposed. Furthermore, a condition of 120 days community correctional center placement was imposed on May 12, 2003.

Type of Supervision: Supervised Release          Date Supervision Commenced: October 26, 2001

Assistant U.S. Attorney: Bruce O. Brown          Defense Attorney: Richard F. Della Ferra

## PETITIONING THE COURT

[ ] To issue a warrant  
[x] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about June 19, 23, and 29, 2003, the defendant, submitted a urine specimen which tested positive for the presence of marijuana in our local laboratory; and subsequently confirmed positive by Pharm Chem Laboratories, Incorporated. |

PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 65785

2.  **Violation of Special Condition**, by failing to participate in the Community Corrections Center. On or about June 23, 2003, the defendant was unsuccessfully discharged from the Community Corrections Center for failing to abide by program rules.

U.S. Probation Officer Recommendation:

The term of supervision should be
[x]   revoked.
[]    extended for _ years, for a total term of _ years.
[]    The conditions of supervision should be modified as follows:


Respectfully submitted,

by Albert Torres
U.S. Probation Officer
Phone: 954-769-5514
Date: August 18, 2003

THE COURT ORDERS:

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

August 25, 2003
Date