PROB 19　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SD/FL PACTS No. 65785

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6293-CR-HUCK

U.S.A. vs Gary Williams

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

### WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| Gary William | Male | Black | 22 |

ADDRESS (STREET,CITY,STATE)
1445 NW 4th Avenue, Ft. Lauderdale, FL 33311

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Southern District of Florida | October 26, 2001 |

TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)
U.S. District Court, Ft. Lauderdale, Florida

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | 8/29/03 |

### RETURN

| Warrant received and executed. | DATE RECEIVED 08-29-03 | DATE EXECUTED 09-03-03 |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)
U.S. Marshals
301 N. Miami Ave #205, Miami FL

| NAME U.S. Marshal Christina Pharo | (BY) Deputy Bruce | DATE 9-3-03 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6293-CR-HUCK**

U.S.A. vs Gary Williams

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| Gary William | Male | Black | 22 |

**ADDRESS (STREET, CITY, STATE)**
1445 NW 4th Avenue, Ft. Lauderdale, FL 33311

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Southern District of Florida | October 26, 2001 |

**TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)**
U.S. District Court, Ft. Lauderdale, Florida

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | 8/29/03 |

## RETURN

**Warrant received and executed.**

| DATE RECEIVED | DATE EXECUTED |
|---|---|

**EXECUTING AGENCY (NAME AND ADDRESS)**

| NAME | (BY) | DATE |
|---|---|---|

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."