# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ]<br>            Plaintiff ]<br>-vs-                    ]<br>                         ]<br>                         ]<br>**Gary, Williams** ]<br>            Defendant | CASE NUMBER: CR **00-6293-CR-Huck**<br><br>REPORT COMMENCING CRIMINAL<br>ACTION<br><br>**55496-004**<br>USMS Number |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE    (**MIAMI**)    FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT              (circle one)

NOTE:   CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
        COURT ABOVE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS.    INFORMATION NOT APPLICABLE ENTER N/A.

(1)  DATE AND TIME OF ARREST: **12:30**            AM ____ (**PM**)

(2)  LANGUAGE SPOKEN: **ENGLISH**

(3)  OFFENSE(S) CHARGED: **Probation Violation**

(4)  UNITED STATES CITIZEN:    (✓) YES    ( ) NO    ( ) UNKNOWN

(5)  DATE OF BIRTH: **1/26/82**

(6)  TYPE OF CHARGING DOCUMENT:    (check one)
     [ ] INDICTMENT       [ ] COMPLAINT TO BE FILED/ALREADY FILED
         CASE # _____
     [ ] BENCH WARRANT FOR FAILURE TO APPEAR
     [✓] PROBATION VIOLATION WARRANT
     [ ] PAROLE VIOLATION WARRANT
     ORIGINATING DISTRICT: **S/FL Miami**
     COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES    [ ] NO

AMOUNT OF BOND: $_____    WHO SET BOND? _____

(7)  REMARKS: _____

(8)  DATE: **9/2/82**    ARRESTING OFFICER: **B. Golden / D. Bruce**

(10) AGENCY: **USMS**    (11) PHONE: **305 536 5677**

(12) COMMENTS: _____