UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6293-CR-HUCK__

UNITED STATES OF AMERICA

   Plaintiff,

v.

GARY WILLIAMS

DOB: 1-26-82 (J) 55496-004
   Defendant.
_____/

## ORDER ON INITIAL APPEARANCE

AUSA _M. McIntyre-Hall_    Language __ENGLISH__
Agent _____    Tape No. 03H- _19-915_

 The above-named defendant having been arrested on __9-2-03__ having appeared before the court for initial appearance on __9-3-03__ and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon
 **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
 Address: _____
 Zip Code: _____ Telephone: _____
2. _CJA - Elio Vasquez_ appointed as permanent counsel of record.
 Address: _6770 Coral Way - Miami, FL_
 Zip Code: _33176_ Telephone: _305-444-5561_
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _all further hrgs to be set by Judge_, 2003.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am_ _Huck_, 2003.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
 A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_, 2003.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _$75,000 PSB - mother to co-sign_
_No Kng Bld_ - _____
This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: ___
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

## GARY WILLIAMS

___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

This bond was set: At Arrest _____
  On Warrant _____
  After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida this 3RD day of SEPTEMBER, 2003.

ROBERT L. DUBE'
UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney
   Defense Counsel
   Pretrial Services/Probation