UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6293-HUCK

UNITED STATES OF AMERICA

Plaintiff,

VS.

GARY WILLIAMS

Defendant,

_____/



## NOTICE OF APPEARANCE
(Florida Bar No. 746177)

COMES NOW, GARY WILLIAMS, the Defendant by and through his/hers undersigned counsel and alleges as follows: ELIO VAZQUEZ, ESQ., hereby makes his/hers appearance as Counsel of record on behalf of the Defendant, GARY WILLIAMS, and requests that all pleadings, notices, and/or other papers be sent to said counsel by the clerk of the above court.

## CERTIFICATE OF SERVICE

I hereby state that a true and correct copy of the above and foregoing was furnished by US Mail/hand delivery this ___ day of _____ 2003 to: Office of the United States Attorney, 99 NE 4th Street, Miami, Florida 33132.

Respectfully submitted,

ELIO VAZQUEZ, ESQ.
6780 Coral Way
Miami, Florida 33155
(305) 444-5567

BY: _____
ELIO VAZQUEZ, ESQ.