UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6293-CR-HUCK

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

GARY WILLIAMS,

     Defendant.

_____/

## ORDER SETTING FINAL REVOCATION HEARING

THIS MATTER is before the Court pursuant to the Report and Recommendation for

Final Violation of Supervised Release.  It is hereby

ORDERED AND ADJUDGED that a hearing on Final Violation of Supervised Release is

set for **Thursday, October 2, 2003 at 9:00 a.m.** before the Honorable Paul C. Huck, United

States District Judge, 99 N.E. 4th Street, Courtroom 6, Tenth Floor, Miami, Florida 33132.

DONE and ORDERED in Chambers at Miami, Florida this ___ day of September, 2003.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    Marvelle McIntyre-Hall, AUSA
       Elio Vasquez, Esq.
       Alberto Torres, U.S. Probation Officer
       U.S. Pretrial Services

