**Calendar List**      10/2/2003      **Huck.OR6**

| September 2003 | October 2003 | November 2003 |
|---|---|---|

FILED by _____ D.C.

_____ 2003

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S. D. OF FLA. MIAMI

## 🕐 Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **2** 9:00 AM Oct 2003 | 9:30 AM | | FINAL REVOCATION HEARING |

FINAL REVOCATION HEARING

00-6293-CR-HUCK

USA,
vs.
GARY WILLIAMS (B)
Elio Vasquez, Esq.

. *Final Revocation Hearing Held*

. *Order to Follow*

. *Court Reporter: Patricia Sanders*