| | UNITED STATES DISTRICT COURT |
|---|---|
| | SOUTHERN DISTRICT OF FLORIDA |
| UNITED STATES OF AMERICA, | CASE NO: 00-6293-CR-HUCK |
| Plaintiff, | |
| vs. | |
| GARY WILLIAMS<br>Reg. No. 55496-004,<br>DOB: 01/26/82 |  |
| Defendant. | |
| _____/ | |

**JUDGMENT AND COMMITMENT**
**UPON REVOCATION OF SUPERVISED RELEASE**
**(for Offenses Committed on or after November 1, 1987)**

It appearing to the Court that on October 30, 2001, the Defendant was sentenced in the Southern District of Florida, to a term of two (2) months (Time Served) imprisonment after the Defendant plead guilty. It was further ordered that the Defendant serve a supervised release term of three (3) years. The Defendant admitted guilt to having violated conditions of supervision.

The Defendant having now been duly brought before this Court for hearing on October 2, 2003, upon the Petition of the Probation Officer for Revocation, and it further appearing that the Defendant violated his conditions of supervised release by:

1) Unlawfully possessing or using a controlled substance. On or about June 19, 23, and 29, 2003, the defendant submitted a urine specimen which tested positive for the presence of marijuana.

2) Failing to participate in the Community Corrections Center. On or about June 23, 2003, the defendant was unsuccessfully discharged from the Community Corrections Center for failing to abide by program rules.

The Defendant voluntarily admitted to having violated his conditions of supervision. The Court having made a finding that the defendant has violated his conditions of supervised release and upon stipulation by the parties, it is therefore



**ORDERED AND ADJUDGED** that the supervised release term heretofore imposed be and the same is hereby **revoked**, it being further

**ORDERED AND ADJUDGED** that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **four (4) months**. Upon his release, the defendant shall be placed on **Supervised Release for a term of Thirty-Two (32) months** under the same conditions previously ordered except without home detention. The defendant shall also abide by the following special conditions:

   1. The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office.

   2. The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further the defendant shall provide documentation, including but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and any other documents requested by the U.S. Probation Office.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant shall self surrender to the custody of the United States Marshal Service on **Monday, October 6, 2003 by 12:00 Noon**.

**DONE AND ORDERED** at Miami, Florida this ___2nd___ day of October, 2003.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   Jonathan Lopez, AUSA
      Lynn Rosenthal, AUSA
      Elio Vasquez, Esq.
      Albert Torres, U.S. Probation Officer
      U.S. Marshals Service (2 certified)