PROB 19                                                                                                    SD/FL PACTS No. 65785

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6293-CR-HUCK__



U.S.A. vs Gary Williams

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF PROBATIONER |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. |||||
| NAME OF PROBATIONER<br>Gary Williams || SEX<br>Male | RACE<br>Black | AGE<br>23 |
| ADDRESS (STREET, CITY, STATE)<br>330 NE 34 Court, Ft. Lauderdale, Florida 33311 and 1445 NW 4 Avenue, Ft. Lauderdale, Florida 33311 |||||
| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. District Court |||  DATE IMPOSED<br>10/26/01 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U.S. District Court, Southern District of Florida, Miami, Florida |||||
| CLERK<br>Clarence Maddox || (BY) DEPUTY CLERK<br>Genevieve McGee || DATE<br>April 23, 2004 |

| RETURN |||
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||
|  |||
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for __Southern__ District of __Florida__ ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."