PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65785

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK



FILED by _____ D.C.  
APR 2 3 2004  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S. D. OF FLA.

### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender: Gary Williams

Name of Sentencing Judicial Officer: The Honorable Paul C. Huck, Judge, U.S. District Court, Miami, Florida.

Date of Original Sentence: October 26, 2001

Original Offense: Possession with Intent to Distribute Cocaine Base, Title 21 U.S.C. § 846, a Class "C" felony

Original Sentence: Two (2) months incarceration followed by three (3) years supervised release. Supervised release revoked on October 2, 2003 and sentenced to four (4) months Bureau of Prisons followed by thirty-two (32) months supervised release. Special conditions include: participate in a drug treatment program, maintain full-time employment and submit to a search of person and property.

Type of Supervision: Supervised Release        Date Supervision Commenced: January 28, 2004

Assistant U.S. Attorney: Bruce O. Brown         Defense Attorney: Richard F. Della Ferra

## PETITIONING THE COURT

[X]  To issue a warrant  
[]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1.  **Violation of Mandatory Condition**, by failing to submit to drug testing. On or about March 24th, April 13th, April 14th, April 19th and April 20th 2004, the defendant failed to submit to drug testing as scheduled by Code-A-Phone.

2.  **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On March 23, 2004, the defendant was instructed to report to the U.S. Probation Office every Monday and submit job search logs, and the defendant has failed to comply with these instructions.

PROB 12C                                                              SD/FL PACTS No. 65785
(SD/FL 9/96)

3. **Violation of Special Condition**, by failing to maintain full-time, legitimate employment and being unemployed for a term of more than thirty (30) days. Since January 28, 2004, the defendant has failed to work regularly at a lawful occupation, and has remained unemployed for a term of more than thirty (30) days.

4. **Violation of Special Condition**, by failing to participate in an approved treatment program. On or about March 29th, March 30th, April 6th, and April 13th 2004, the defendant failed to attend his scheduled appointments with Chelsea Marder, counselor at Spectrum Programs, Inc., and on or about April 19th, the defendant was unsuccessfully discharged from the program for unsatisfactory participation.

U.S. Probation Officer Recommendation:

The term of supervision should be
[x]   revoked.
[ ]   extended for _ years, for a total term of _ years.
[ ]   The conditions of supervision should be modified as follows:

Respectfully submitted,

by [signature]
   Diane Acquaviva
   U.S. Probation Officer
   Phone: 954-769-5573
   Date: April 20, 2004

---

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

[signature]
Signature of Judicial Officer

April 23, 2004
Date