

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**
  Plaintiff
  -vs

**Williams, Gary**
_____
  Defendant

CASE NUMBER: CR: 00-6293-CR-Huck

REPORT COMMENCING CRIMINAL ACTION

55496-004
USMS NUMBER

FILED MAG SEC JUN 0 4 2004 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT              (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER   N/A.

(1) **DATE AND TIME OF ARREST**: _____ A M ____ P M ____

(2) **LANGUAGE SPOKEN**: Eng

(3) **OFFENSE (S) CHARGED**: Probation Violation

(4) **DATE OF BIRTH**: 01-26-81

(5) **TYPE OF CHARGING DOCUMENT**:   (CHECK ONE)
  { } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
  { } BENCH WARRANT FOR FAILURE TO APPEAR
  { } PROBATION VIOLATION WARRANT
  { } PAROLE VIOLATION WARRANT
  **ORINGINATING DISTRICT**: _____

(6) **REMARKS**: _____

(7) **DATE**: _____   (8) **ARRESTING OFFICER**: _____

(9) **AGENCY**: _____   (10) **PHONE**: _____

(11) **COMMENTS**: _____