UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6293-CR-HUCK/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY WILLIAMS,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

    The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Michael Spivack. Please direct any future inquiries, pleadings or correspondence to Michael Spivack on behalf of the defendant, Gary Williams.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    By: _____
    Michael Spivack
    Assistant Federal Public Defender
    Florida Bar No. 0508969
    150 West Flagler Street
    Suite 1700
    Miami, Florida 33130
    Telephone: (305) 530-7000
    Facsimile : (305) 536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by United States mail to: Lynn Rosenthal, Esq., Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida, 33394 this 25th day of June, 2004.

By: _____
Michael Spivack

Case 0:00-cr-06293-PCH   Document 260   Entered on FLSD Docket 06/28/2004   Page 2 of 3

**FAXBACK SERVICE LIST**

Michael Spivack, Esq.
Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559
Counsel for Gary Williams

Lynn Rosenthal, Esq.
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida, 33394
Tel: (954)660-5690
Fax: (954)356-7336
Counsel for the Government