UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK



FILED by _____ D.C.

JUN 29 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARY WILLIAMS,

    Defendant.
_____/

### NOTICE SETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that a Final Revocation Hearing on the above named defendant will be held on **Tuesday, July 6, 2004 at 10:30 a.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:    June 29, 2004

                                              Genevieve McGee
                                              Courtroom Deputy to the Honorable
                                              Paul C. Huck

cc:    Lynn Rosenthal, AUSA
        Michael Spivack, AFPD
        Diane Acquaviva, U.S. Probation Officer