UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 00-6293-CR-HUCK

    Plaintiff,

vs.

GARY WILLIAMS,
Reg. No. 55496-004,
DOB: 01/26/82

    Defendant.
_____/



FILED by _____ D.C.

JUL 0 6 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## JUDGMENT AND COMMITMENT
## UPON REVOCATION OF SUPERVISED RELEASE
### (for Offenses Committed on or after November 1, 1987)

It appearing to the Court that on October 26, 2001, the Defendant was sentenced in the Southern District of Florida, Miami Division, to a term of two (2) months imprisonment after the Defendant plead guilty. It was further ordered that the Defendant serve a supervised release term of three (3) years. The Defendant also appeared on October 2, 2003 for a final revocation hearing and the defendant's supervised release was revoked. The Defendant was sentenced to four (4) months custody of the Bureau of Prisons followed by thirty-two (32) months supervised release. The Defendant admitted guilt to having violated conditions of supervision.

The Defendant having now been duly brought before this Court for hearing on July 6, 2004, upon the Petition of the Probation Officer for Revocation, and it further appearing that the Defendant violated his conditions of supervised release by:

1) Failing to submit to drug testing. On or about March 24, April 13, 14, 19 and 20, 2004, the defendant failed to submit to drug testing as scheduled by Code-A-Phone.

2) Failing to follow the instructions of the probation officer. On March 23, 2004, the defendant was instructed to report to the U.S. Probation Office every Monday and submit job search logs, and the defendant has failed to comply with these instructions.

3) Failing to maintain full-time, legitimate employment and being unemployed for a term of more than thirty (30) days. Since January 28, 2004, the defendant has failed to work regularly at a



lawful occupation, and has remained unemployed for a term of more than thirty (30) days.

4) Failing to participate in an approved treatment program. On or about March 29, March 30, April 6 and April 13, 2004, the defendant failed to attend his scheduled appointments with the counselor at Spectrum Programs, Inc., and on or about April 19, 2004, the defendant was unsuccessfully discharged from the program for unsatisfactory participation.

The Defendant voluntarily admitted to having violated his conditions of supervision. The Court having made a finding that the defendant has violated his conditions of supervised release and upon stipulation by the parties, it is therefore

**ORDERED AND ADJUDGED** that the supervised release term heretofore imposed be and the same is hereby **revoked**, it being further

**ORDERED AND ADJUDGED** that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **twelve (12) months and one (1) day**. No supervised release shall be imposed upon the Defendant's release from imprisonment.

**ORDERED AND ADJUDGED** that the defendant is remanded to the custody of the United States Marshal Service.

**DONE AND ORDERED** at Miami, Florida this 6 day of July, 2004.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   Lynn Rosenthal, AUSA
      Michael Spivack, AFPD
      Diane Acquaviva, U.S. Probation Officer
      U.S. Marshals Service (3 certified)