UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

JUL 06 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

JUDGE PAUL C. HUCK MINUTES OF SUPERVISED RELEASE VIOLATION HEARING

DATE: July 6, 2004    CASE NUMBER: 00-6293-CR-HUCK

DEFENDANT: GARY WILLIAMS    COUNSEL: Michael Spivack, AFPD

AUSA: John Blakey    PROB. OFFICER: Diane Acquaviva

CLERK: Genevieve McGee    CT REPORTER: Patricia Sanders

---

✓ Supervised Release Revocation Hearing Held;

___ Supervised Release Revocation Hearing continued to _____ @ _____
     at the request of government/defendant.

✓ Defendant admits violation of Supervised Release;

___ Defendant denies violation of Supervised Release;

✓ Court finds defendant violated terms of supervised release;

___ Court fails to find defendant violated terms of supervised release;

___ Court defers ruling;

___ Case taken under advisement:

___ Bond pending appeal set at $_____;

MISC: _____

**SENTENCING**

_____ SENTENCING CONTINUED TO: _____ @ _____

SENTENCING TEXT: BOP - 12 months and 1 day. No Supervised Release to follow, see judgment.

commenced: _____    Terminated: _____

